UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:  04-30058 MAP

_____
                                        )
BETTINA SNYDER,                         )
DONALD SNYDER and                       )
C S INDUSTRIES, LLC,                    )
                                        )
                    Plaintiffs,         )
v.                                      )
                                        )
GLENN T. DAVIS                          )
                    Defendant.          )
                                        )
_____)

## MOTION FOR RECONSIDERATION

On March 23, 2004 the Plaintiffs filed a Complaint and a Motion for Real Estate Attachment in connection with the above matter.  On April 13, 2004 the Court referred the Motion for Real Estate Attachment to Magistrate Neiman.  On April 21, 2004 Magistrate Neiman denied the Plaintiff's Motion for Real Estate Attachment stating that this Motion was "ex parte".

Respectfully, the Court was mistaken as the Plaintiffs did not file their Motion "ex parte".  The Plaintiffs were awaiting a hearing date from the Court before serving the pleadings upon the Defendant.  It was and remains the Plaintiffs intention to serve the Defendant with copies of all pleadings in advance of the hearing on the Motion for Real Estate Attachment.

WHEREFORE, the Plaintiffs ask the Court to vacate its April 21, 2004 Order and schedule a hearing on the Motion for Real Estate Attachment.

Respectfully submitted,

2

SHATZ, SCHWARTZ AND FENTIN, P.C.


By:   ___/s/ Mark H. Bluver_____
      Mark H. Bluver, Esquire
      BBO #560330
      Taruna Garg, Esquire
      BBO #654665
      1441 Main Street, Suite 1100
      Springfield, MA   01103
      (413) 737-1131 Phone
      (413) 736-0375 Fax

      Attorneys for Plaintiffs,
         Bettina Snyder, Donald Snyder
         and CS Industries, LLC

Dated:   April 23, 2004



02\906\pleadings\reconsideration mot.8201