# United States District Court

Western Division  DISTRICT OF  Massachusetts

BETTINA SNYDER,
DONALD SNYDER and
C S INDUSTRIES
    V.

GLENN T. DAVIS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 - 30058 - MAP

TO: (Name and address of defendant)  Glenn T. Davis, 11 South Road, P.O. Box 400, Somers, CT  06071

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark H. Bluver, Esq.
Taruna Garg, Esq.
Shatz, Schwartz and Fetin, P.C.
1441 Main Street
Springfield, MA  01103

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY A------

CLERK

_Mary Finn_ (BY) DEPUTY CLERK

_April 27 2004_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-3-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sharon Uhlman | CT State Marshal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 102 Franklin Woods Dr., Somers, CT.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-3-04
Date

Signature of Server: Sharon Uhlman
Address of Server: 23 Hillcrest Dr., Stafford Springs, CT. 06076

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.