AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

___WESTERN DIVISION___   DISTRICT OF   ___MASSACHUSETTS___  SCANNED

BETTINA SNYDER
DONALD SNYDER
CS INDUSTRIES

v.

GLENN T. DAVIS

**APPEARANCE**

Case Number: 04 - 30058 MP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   GLENN T. DAVIS FOR PURPOSES ONLY OF MOTION HEARING FOR APPROVAL OF REAL ESTATE ATTACHMENT.

5/14/04
Date

_[signature]_
Signature

JOHN C FLAHIVE
Print Name

1500 MAIN ST
Address

SPFLD     MA     01115
City      State    Zip Code

(413) 737-4373
Phone Number