UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:

BETTINA SNYDER, )
DONALD SNYDER and )
C S INDUSTRIES, LLC, )
    )
        Plaintiffs, )
v. )
    )
GLENN T. DAVIS )
        Defendant. )
    )

FINDING AND ORDER OF APPROVAL OF REAL ESTATE
ATTACHMENT UPON GLENN T. DAVIS (Fed. R. Civ. P. 64 and
Mass. R. Civ. P. 4.1)

This cause came on to be heard after notice and opportunity to be heard, upon a motion for approval of real estate attachment, and upon consideration thereof the Court hereby finds that there is a reasonable likelihood that the Plaintiffs will recover judgment, including interest and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

WHEREUPON the Court hereby approves attachment in the amount of $ 355,000 .

_____
~~Justice~~ Kenneth P. Neiman
Magistrate Judge

May 14, 2004
(date)