```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
                       WESTERN DIVISION

                          Civil Action No.:  04-30058 MAP
```

|  |  |
|---|---|
| BETTINA SNYDER, | ) |
| DONALD SNYDER and | ) |
| C S INDUSTRIES, LLC, | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) |
| GLENN T. DAVIS | ) |
| Defendant. | ) |

### JOINT STATEMENT REGARDING SCHEDULING CONFEERNCE
### WITH PROPOSED PRETRIAL SCHEDULE PURSUANT TO LOCAL RULE 16.1

Pursuant to the Court's June 23, 2004 Notice of Scheduling Conference, the Parties conferred pursuant to Fed. R. Civ. P. 26(f) on July 7, 2004. At the 26(f) conference the Parties agreed to the following proposed pretrial schedule.

Automatic Discovery will be exchanged by **August 20, 2004;**

Interrogatories and Request for Production will be served on or before **September 15, 2004;**

All non-expert depositions will be completed and all fact discovery will close on **November 5, 2004;**

Prior to designation of experts and a final schedule for motions, counsel will appear for an interim status conference on or about **November 12, 2004.**

The Parties certify that that they have conferred as required by Local Rule 16.1 with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The Parties respectfully request that each party be allowed to file a certification within seven days of this conference.

2

                              Respectfully submitted,

Dated: July 21, 2004     By:____/s/ Mark H. Bluver_____
                             Mark H. Bluver, Esquire
                             BBO # 560330

                             SHATZ, SCHWARTZ & FENTIN P.C.
                             1441 Main St., Suite 1100
                             Springfield, MA 01103
                             (413) 737-1131 Phone
                             (413) 736-0375 Fax
                             Attorneys for the Plaintiffs

                                   and

                        By: /s/John G. Bagley(with permission)
                             John G. Bagley, Esquire
                             BBO #026050

                             Susan D. Sachs, Esquire
                             BBO # 556201

                             MORRISON, MAHONEY & MILLER, LLP
                             1500 Main Street, Suite 2400
                             P.O. Box 15387
                             Springfield, MA  01115-5387
                             (413)737-4373 Phone
                             (413)739-3125 Fax

02\906\pleadings\joint statement