```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
                          WESTERN DIVISION

                                    Civil Action No.:  04-30058 MAP
_____
                                      )
BETTINA SNYDER,                       )
DONALD SNYDER and                     )
C S INDUSTRIES, LLC,                  )
                                      )
                Plaintiffs,           )
v.                                    )
                                      )
GLENN T. DAVIS                        )
                Defendant.            )
                                      )
_____)
```

**CERTIFICATE OF SERVICE**

   I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 21st day of March, 2004, a copy of the foregoing was delivered to all counsel of record as indicated below all counsel of record:

John G. Bagley, Esq.
Susan D. Sachs, Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-2400
*(via electronic mail & 1st class mail)*

                              /s/  Mark H. Bluver_____
                              Mark H. Bluver, Esquire

02\906\COS