UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTINA SNYDER, et al.,            )
         Plaintiffs     )
                        )
   v.                              )     Civil Action No.  04-30058-KPN
                        )
                        )
GLENN T. DAVIS,                    )
         Defendant      )

## SCHEDULING ORDER
July 27, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by August 20, 2004.

2. Interrogatories and requests for production shall be served by September 15, 2004.

3. Non-expert depositions shall be completed by November 5, 2004.

4. Counsel shall appear for a case management conference on November 17, 2004, at 1:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge

Case 3:04-cv-30058-MAP     Document 13     Filed 07/27/2004     Page 2 of 2