UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.: 04-30058 MAP

BETTINA SNYDER, )
DONALD SNYDER and )
C S INDUSTRIES, LLC, )
)
      Plaintiffs, )
v. )
)
GLENN T. DAVIS )
      Defendant. )

## CERTIFICATION OF PLAINTIFFS PURSUANT TO L.R. 16.1(D)(3)

The undersigned party and his counsel hereby affirm that they conferred:

(A) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses of litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: July 27, 2004    _____
                                    Bettina Snyder

Dated: July 27, 2004    _____
                                    Donald Snyder

Dated: July 27, 2004    CS Industries, LLC
                                    By Its: _____
                                    Bettina Snyder,
                                    Authorized Agent for
                                    CS Industries, LLC

2

        Respectfully submitted,

        SHATZ, SCHWARTZ AND FENTIN, P.C.

Dated: August 3, 2004        By: /s/ Mark H. Bluver
                                    Mark H. Bluver, Esquire
                                    BBO # 560330

                                    SHATZ, SCHWARTZ & FENTIN P.C.
                                    1441 Main St., Suite 1100
                                    Springfield, MA 01103
                                    (413) 737-1131 Phone
                                    (413) 736-0375 Fax

02\906\pleadings\certification