UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:  04-30058 MAP

```
_____
                                    )
BETTINA SNYDER,                     )
DONALD SNYDER and                   )
C S INDUSTRIES, LLC,                )
                                    )
            Plaintiffs,             )
v.                                  )
                                    )
GLENN T. DAVIS                      )
            Defendant.              )
                                    )
_____)
```

**CERTIFICATE OF SERVICE**

     I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 3rd day of August, 2004, a copy of the foregoing **CERTIFICATION OF PLAINTIFFS PURSUANT TO L.R. 16.1(D)(3)** was delivered to all counsel of record as indicated below all counsel of record:

John G. Bagley, Esq.
Susan D. Sachs, Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-2400
*(via electronic mail & 1st class mail)*

                                         /s/  Mark H. Bluver
                                         Mark H. Bluver, Esquire

02\906\COS