UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED

| | |
|---|---|
| BETTINA SNYDER, DONALD SNYDER and C S INDUSTRIES, LLC,<br>Plaintiffs<br><br>v.<br><br>GLENN T. DAVIS,<br>Defendant | 04-CV-30058-MAP |

## CERTIFICATION OF DEFENDANT PURSUANT TO L. R. 16.1 (D)(3)

The undersigned party and his counsel hereby affirm that they conferred:

(A)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of litigation; and

(B)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

Dated: August 3, 2004

_____
Glenn T. Davis

269619v1

1

Respectfully submitted,

**Morrison Mahoney LLP**

_____
John G. Bagley, Esquire, BBO#: 026050
Susan D. Sachs, Esquire, BBO#: 556201
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

## CERTIFICATE OF SERVICE

I, Susan D. Sachs, of Morrison Mahoney LLP, 1500 Main Street, P.O. Box 15387, Springfield, MA 01115-5387, hereby certify that on the ___6th___ day of ___August___ 2004, I caused the forgoing document to be served upon the other party or parties in this action by mailing a copy of the same, postage prepaid, first class mail, to:

Mark H. Bluver, Esq.
Shatz, Schwartz and Fentin, P.C.
1441 Main Street
Springfield, MA 01103

_____
Susan D. Sachs, Esq.