UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.: 04-30058 MAP

_____
                                    )
**BETTINA SNYDER,**                 )
**DONALD SNYDER and**               )
**C S INDUSTRIES, LLC,**            )
                                    )
            **Plaintiffs,**         )
v.                                  )
                                    )
**GLENN T. DAVIS**                  )
            **Defendant.**          )
                                    )
_____)

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Now come the Parties and pursuant to the Court's July 27, 2004 Scheduling Order and request that the case management conference scheduled for November 17, 2004 be continued for thirty (30) days.  The Parties make this request because of their continued and ongoing efforts to resolve the matter.  As a result the Parties need thirty (30) before holding the case management conference.

Respectfully submitted,


Dated: November 10, 2004    By: /s/ Mark H. Bluver
                            Mark H. Bluver, Esquire
                            BBO # 560330

                            SHATZ, SCHWARTZ & FENTIN P.C.
                            1441 Main St., Suite 1100
                            Springfield, MA 01103
                            (413) 737-1131 Phone
                            (413) 736-0375 Fax
                            Attorneys for the Plaintiffs

                            and

2

> By: <u>/s/John G. Bagley(with permission)</u>
> John G. Bagley, Esquire
> BBO #026050
>
> Susan D. Sachs, Esquire
> BBO # 556201
>
> MORRISON, MAHONEY & MILLER, LLP
> 1500 Main Street, Suite 2400
> P.O. Box 15387
> Springfield, MA  01115-5387
> (413)737-4373 Phone
> (413)739-3125 Fax

02\906\pleadings\Cont Conf.8201