UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:  04-30058 MAP

_____
                                   )
**BETTINA SNYDER,**                )
**DONALD SNYDER and**              )
**C S INDUSTRIES, LLC,**           )
                                   )
              **Plaintiffs,**      )
v.                                 )
                                   )
**GLENN T. DAVIS**                 )
              **Defendant.**       )
                                   )
_____)

**CERTIFICATE OF SERVICE**

    I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 10th day of November, 2004, a copy of the foregoing **JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** was delivered to all counsel of record as indicated below all counsel of record:

John G. Bagley, Esq.
Susan D. Sachs, Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-2400
*(via electronic mail & 1st class mail)*

                                             /s/  Mark H. Bluver_____
                                             Mark H. Bluver, Esquire

02\906\COS Cont Conf