UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BETTINA SNYDER, DONALD SNYDER and C S INDUSTRIES, LLC, <br> Plaintiffs <br><br> v. <br><br> GLENN T. DAVIS, <br> Defendant | 04-CV-30058-MAP |

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
## (ASSENTED TO)

Now comes the defendant, Glenn T. Davis, by and through his counsel, and respectfully requests this Court to continue the Case Management Conference, currently scheduled for Monday, December 20, 2004, to one of the following dates with the court's availability: January 31, 2005, February 1, 2005 and February 2, 2005.

As grounds therefor, the defendant states that his trial counsel, John G. Bagley, is currently on trial in the matter of Rudek v. Gaziano, M.D., Civil Action No. HDCV01-00410, in Hampden Superior Court, which will not be resolved prior to December 20, 2004.

**WHEREFORE**, the defendant respectfully requests this Court to continue the Case Management Conference, currently scheduled for Monday, December 20, 2004, to a mutually convenient date of the court and the parties.

280264v1

The Defendant,
Glenn T. Davis

By His Attorneys,
MORRISON MAHONEY LLP

*John G. Bagley*
*Diane C. Tinnied*

John G. Bagley, Esquire, BBO#: 026050
Susan D. Sachs, Esquire, BBO#: 556201
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

Assented to:

*Mark H. Bluver (def)*

Mark H. Bluver, Esquire
Shatz, Schwartz & Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (Fax)

## CERTIFICATE OF SERVICE

I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, MA 01115-5387, hereby certify that on the _17th_ day of December 2004, I caused the forgoing document to be served upon the other party or parties in this action by faxing and mailing a copy of the same, postage prepaid, first class mail, to:

Mark H. Bluver, Esquire
Shatz, Schwartz and Fentin, P.C.
1441 Main Street
Springfield, MA 01103

*John G. Bagley*
*Diane C. Tinnied*

John G. Bagley, Esquire
BBO#-026050

280264v1

2