UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BETTINA SNYDER, DONALD | ) | |
| SNYDER and C S INDUSTRIES, LLC, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30058-MAP |
| | ) | |
| | ) | |
| GLENN T. DAVIS, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
January 31, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day:

1.  All non-expert discovery, including non-expert depositions, shall be completed by June 24, 2005.

2.  Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 29, 2005.

3.  Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by September 9, 2005.

4.  All expert depositions shall be completed by October 21, 2005.

5.  Counsel shall appear for a case management conference on September 14, 2005, at 2:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge