# Shatz, Schwartz and Fentin, P.C.

Counsellors at Law



February 3, 2005

**VIA HAND DELIVERY**

Ms. Bethany Healy
United States Federal Courthouse, 5th Flr.
Federal Bldg. and Courthouse
1550 Main Street
Springfield, MA   01103

   Re   Bettina Snyder, et al v. Glenn T. Davis
        04-30058

Dear Bethany:

   As a follow up to the conference Mr. Bagley and I had with Magistrate Judge Nieman, could you please inform Judge Neiman that I have spoken to counsel for the plaintiffs in the underlying Connecticut lawsuit.  They have agreed to participate in mediation with Judge Neiman as was discussed on Tuesday.  They have agreed that if the mediation were successful, they would agree to the jurisdiction of the Massachusetts Federal District Court for any purposes relative to the mediation and/or the mediation agreement.

   Can you please check with Judge Neiman and confirm that this agreement on their part is satisfactory to the Court for purposes of engaging Judge Neiman as a mediator in the CS Industries v. Glenn Davis case?  Assuming that the above is sufficient, could you please ask Judge Neiman what his availability is in the short term.  Given the scheduling order that was entered on Tuesday, it is in all parties' interests to conduct this mediation as expeditiously as schedules permit.

   Thank you in advance for your cooperation in bringing this to Judge Neiman.

                                 Very truly yours,

                                 Mark H. Bluver

MHB:jl\cmc
cc:   John G. Bagley, Esquire (via facsimile)
      Timothy Bishop, Esquire (counsel for Connecticut plaintiffs, via facsimile)

02\906\5healy.4001