UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BETTINA SNYDER, DONALD SNYDER and C S INDUSTRIES, LLC, Plaintiffs <br><br> v. <br><br> GLENN T. DAVIS, Defendant | ) 04-CV-30058-MAP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WITHDRAWAL OF APPEARANCE

Please enter my withdrawal of appearance as attorney for the Defendant, Glen T. Davis, with respect to the above-referenced matter. John G. Bagley will remain as counsel for this defendant.

        The Defendant,
        Glenn T. Davis

        By His Attorneys,
        MORRISON MAHONEY LLP

        _____
        John C. Flahive, Esq., BBO#559166
        1500 Main Street, Suite 2400
        P.O. Box 15387
        Springfield, MA 01115-5387
        (413) 737-4373
        (413) 739-3125 (Fax)

285358v1

## CERTIFICATE OF SERVICE

    I, John C. Flahive, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, MA 01115-5387, hereby certify that on the 18th day of February 2005, I caused the forgoing document to be served upon the other party or parties in this action by faxing and mailing a copy of the same, postage prepaid, first class mail, to:

Mark H. Bluver, Esquire
Shatz, Schwartz and Fentin, P.C.
1441 Main Street
Springfield, MA 01103

_____
John C. Flahive, Esq.

2

285358v1