UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.: 04-30058 MAP

BETTINA SNYDER,                          )
DONALD SNYDER and                        )
C S INDUSTRIES, LLC,                     )
                                         )
                                         )
              Plaintiffs,                )
v.                                       )
                                         )
GLENN T. DAVIS                           )
              Defendant.                 )
                                         )
                                         )

## SUGGESTION OF BANKRUPTCY

Please take notice that on June 9, 2005, the Plaintiff, CS Industries, LLC, filed for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts. The following docket number has been assigned to this case: 05-43955-HJB. A copy of the cover page of the Petition is annexed hereto as Exhibit "A".

Respectfully submitted,

Dated: September 13, 2005    By: /s/ Mark H. Bluver
                             Mark H. Bluver, Esquire
                             BBO # 560330

                             SHATZ, SCHWARTZ & FENTIN P.C.
                             1441 Main St., Suite 1100
                             Springfield, MA 01103
                             (413) 737-1131 Phone
                             (413) 736-0375 Fax
                             Attorneys for the Plaintiffs

02\906\pleadings\SugestBnkcy

**EXHIBIT A**

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CS Industries, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**04-3432458** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Palmer Industrial Park**<br>**13 Second Street**<br>**Palmer, MA 01069** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Hampden** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 435**<br>**Ludlow, MA 01056** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s)       ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>■ Other **Limited Liability Company**  Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7        ■ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9                 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business       ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>■ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
|  | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.: 04-30058 MAP

BETTINA SNYDER, )
DONALD SNYDER and )
C S INDUSTRIES, LLC, )
)
)
Plaintiffs, )
v. )
)
GLENN T. DAVIS )
Defendant. )
)
)

CERTIFICATE OF SERVICE

I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 13th day of September, 2005, a copy of the foregoing **SUGGESTION OF BANKRUPTCY** was delivered to all counsel of record as indicated below all counsel of record:

John G. Bagley, Esq.
Susan D. Sachs, Esq.
Ronald F. Berestka, Jr., Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-2400
(via electronic mail & 1st class mail)

/s/ Mark H. Bluver
Mark H. Bluver, Esquire

02\906\pleadings\SugestBnkcy