UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:  04-30058 MAP

_____
                                    )
BETTINA SNYDER,                     )
DONALD SNYDER and                   )
C S INDUSTRIES, LLC,                )
                                    )
            Plaintiffs,             )
v.                                  )
                                    )
GLENN T. DAVIS                      )
            Defendant.              )
                                    )
_____)

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Now come the Parties and pursuant to the Court's January 31, 2005 Scheduling Order and request that the case management conference scheduled for September 14, 2005 at 2:30 p.m. be continued for thirty (30) days.  The Parties make this request because of their continued and ongoing efforts to resolve the matter out of court.  The Parties are involved in active settlement negotiations, which if prove fruitful, will need to be approved by the U.S. Bankruptcy Court, due to the Plaintiff, CS Industries, LLC, filing for Chapter 11 bankruptcy.  (See Suggestion of Bankruptcy filed contemporaneously herewith).  As a result the Parties need thirty (30) before holding the case management conference.

2

                    Respectfully submitted,

```
Dated: September 13, 2005    By:  /s/ Mark H. Bluver
                                 Mark H. Bluver, Esquire
                                 BBO # 560330

                                 SHATZ, SCHWARTZ & FENTIN P.C.
                                 1441 Main St., Suite 1100
                                 Springfield, MA 01103
                                 (413) 737-1131 Phone
                                 (413) 736-0375 Fax
                                 Attorneys for the Plaintiffs

                                        and

                            By: /s/John G. Bagley(with permission)
                                 John G. Bagley, Esquire
                                 BBO #026050

                                 Susan D. Sachs, Esquire
                                 BBO # 556201

                                 MORRISON, MAHONEY & MILLER, LLP
                                 1500 Main Street, Suite 2400
                                 P.O. Box 15387
                                 Springfield, MA  01115-5387
                                 (413)737-4373 Phone
                                 (413)739-3125 Fax
```

02\906\pleadings\Cont Conf 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.:  04-30058 MAP

_____
                                   )
**BETTINA SNYDER,**                )
**DONALD SNYDER and**              )
**C S INDUSTRIES, LLC,**           )
                                   )
           **Plaintiffs,**        )
**v.**                             )
                                   )
**GLENN T. DAVIS**                 )
           **Defendant.**         )
                                   )
_____)

**CERTIFICATE OF SERVICE**

    I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 13th day of September, 2005, a copy of the foregoing **JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** was delivered to all counsel of record as indicated below all counsel of record:

John G. Bagley, Esq.
Susan D. Sachs, Esq.
Ronald F. Berestka, Jr., Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-2400
*(via electronic mail & 1st class mail)*

                              /s/  Mark H. Bluver_____
                              Mark H. Bluver, Esquire

02\906\pleadings\Cont Conf 2