```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
                    WESTERN DIVISION

                         Civil Action No.:  04-30058 MAP
_____
                                   )
BETTINA SNYDER,                    )
DONALD SNYDER and                  )
C S INDUSTRIES, LLC,               )
                                   )
             Plaintiffs,           )
v.                                 )
                                   )
GLENN T. DAVIS                     )
             Defendant.            )
                                   )
_____)
```

## JOINT STATUS REPORT

The Parties represent that the above matter has been resolved pending approval by the U.S. Bankruptcy Court.  On October 11, 2005, C S Industries, LLC filed a Motion for Authority to Compromise Claims Against Glenn Davis in the U.S. Bankruptcy Court and are awaiting that Court's approval.  The captioned lawsuit is currently scheduled for a Status Conference on October 27, 2005 at 10:30 a.m.  The Parties request postponement of the Status Conference in light of the pending Motion to Compromise.  It is expected that the U.S. Bankruptcy Court will allow the Plaintiff's Motion and the above captioned matter will be dismissed.

        Respectfully submitted,

Dated: October 24, 2005  By: /s/ Mark H. Bluver
        Mark H. Bluver, Esquire
        BBO # 560330

        SHATZ, SCHWARTZ & FENTIN P.C.
        1441 Main St., Suite 1100
        Springfield, MA 01103
        (413) 737-1131 Phone
        (413) 736-0375 Fax
        Attorneys for the Plaintiffs

        and

By: /s/John G. Bagley(with permission)
    John G. Bagley, Esquire
    BBO #026050

    Susan D. Sachs, Esquire
    BBO # 556201

    MORRISON, MAHONEY & MILLER
    1500 Main Street, Suite 2400
    P.O. Box 15387
    Springfield, MA  01115-5387
    (413)737-4373 Phone
    (413)739-3125 Fax

02\906\pleadings\Status Report.8201