

**Shatz, Schwartz and Fentin, P.C.**

Counsellors at Law

November 15, 2005

Magistrate Kenneth P. Neiman
U.S. District Court
Federal Bldg. and Courthouse
1550 Main Street
Springfield, MA  01103

    Re   Snyder, et al  v.  Davis
         <u>U.S. District Court Civil Action No.:   04-30058 MAP</u>

Dear Magistrate Neiman:

    The Parties are pleased to report that the above matter has settled and approved by the bankruptcy court.  The Parties respectfully request 60 days to formalize the settlement and file a Stipulation of Dismissal.  This case is scheduled for a status conference on November 28, 2005 at 10:00 a.m.  Please take this conference off of the court's calendar.

    Thank you for your assistance.

                                  Very truly yours,

                                  Mark H. Bluver

MHB:cmc

cc:  John Bagley, Esq.
      Steven Weiss, Esq.
      Taruna Garg, Esq.
      Ms. Bettina Snyder

02\906\5clerk.4003